**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID HANSON,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS A. FERRARA, et al.,<br><br>  Defendants. | No. 2:19-CV-1373-WBS-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion, the scheduling conference set for March 4, 2020, is vacated pending resolution of defendant City of Fairfield's motion to dismiss.

IT IS SO ORDERED.

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1