# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID HANSON, | No. 2:19-CV-1373-WBS-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THOMAS A. FERRARA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.[1] Pending before the court is plaintiff's motion for an extension of time to file a response to defendant City of Fairfield's motion to dismiss. <u>See</u> ECF No. 22. A review of the docket reflects that plaintiff filed oppositions on January 30, 2020, and February 3, 2020. <u>See</u> ECF Nos. 20 and 21. Plaintiff's motion is, therefore, denied as unnecessary.

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff, who was incarcerated when he initiated this action, was released from custody. <u>See</u> ECF No. 5 (Notice of Change of Address). It appears that plaintiff has since been reincarcerated and is now housed at the Solano County Jail in Fairfield, California. <u>See</u> ECF No. 17-1 (Proof of Service on plaintiff at the Solano County Jail).

1

Pursuant to Eastern District of California Local Rule 230(g), the hearing on defendant City of Fairfield's motion to dismiss scheduled for February 19, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE