1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ROBERT DAVID HANSON,                    No.  2:19-CV-1373-WBS-DMC

12                    Plaintiff,

13         v.                                  <u>ORDER</u>

14    THOMAS A. FERRARA, et al.,

15                    Defendants.

16

17            Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18    Court is the unopposed motion to dismiss filed by defendants Ferrara and County of Solano.  <u>See</u>

19    ECF No. 26.  Defendant City of Fairfield's opposed motion to dismiss, <u>see</u> ECF No. 13, is

20    addressed by separate findings and recommendations issued herewith.

21            At the time the action was filed, plaintiff was incarcerated at the Justice Center

22    Detention Facility at 500 Union Avenue in Fairfield, California.  <u>See</u> ECF No. 1, pg. 1.  On

23    August 5, 2019, plaintiff filed a notice of change of address to 621 Crane Drive in Suison,

24    California.  <u>See</u> ECF No. 5.  Defendant City of Fairfield served its motion to dismiss on plaintiff

25    at this address on November 13, 2019.  <u>See</u> ECF No. 13-3.  On January 30, 2020, and February 3,

26    2020, plaintiff filed oppositions to defendant City of Fairfield's motion to dismiss.  <u>See</u> ECF Nos.

27    20 and 21.  On these filings, plaintiff listed his address as: 2450 Claybank Road in Fairfield,

28    California.  <u>See id.</u>  Based on these filings, the Clerk of the Court updated plaintiff's address.

1

Defendants Ferrara and County of Solano served their motion to dismiss on April 8, 2020, on plaintiff at this address.  See ECF No. 26-3.  On April 17, 2020, plaintiff filed a notice of change of address from 2450 Claybank Road back to 621 Crane Drive.  See ECF No. 27.  On April 24, 2020, defendants Ferrara and County of Solano re-served their motion to dismiss on plaintiff at the 621 Crane Drive address.  See ECF No. 28-2.  Finally, on July 29, 2020, plaintiff filed a notice of change of address back to 500 Union Avenue in Fairfield, California.  See ECF No. 29.

Given the foregoing, it is unclear whether plaintiff is aware of the motion to dismiss filed by defendants Ferrara and County of Solano.  While the Court may presume that plaintiff received defendants' motion during the period between April 24, 2020 (when the motion was re-served to his address of record at the time) and July 29, 2020 (when plaintiff filed the most recent notice of change of address), it appears plaintiff was being re-incarcerated during this time. For this reason, and in the interest of justice, the Court will direct that plaintiff be provided a copy of defendants' motion and allow plaintiff a reasonable time to respond.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to serve on plaintiff at his current address of record a copy of the motion to dismiss filed by defendants Ferrara and County of Solano, ECF No. 26;

2.      Plaintiff may file an opposition within 30 days of the date of this order;

3.      Defendants may file a reply within 14 days of the date of service of any opposition; and

4.      Upon completion of briefing, defendants' motion to dismiss will stand submitted on the papers without oral argument.

Dated:  September 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE