**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID HANSON, | No. 2:19-CV-1373-WBS-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THOMAS A. HERRARA, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On September 23, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2020, are adopted in full;

2. Defendant City of Fairfield's motion to dismiss, ECF No. 13, is granted; and

3. This action is hereby dismissed as against the City of Fairfield only.

Dated:  October 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE