**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID HANSON, | No. 2:19-CV-1373-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| THOMAS A. FERRARA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 7, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. On January 25, 2021, plaintiff filed an untimely opposition to defendants' motion to dismiss, which the court will construe as objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1    ///

2              Accordingly, IT IS HEREBY ORDERED that:

3              1.    The findings and recommendations filed January 7, 2021, are adopted in full;

5              2.    Defendants' motion to dismiss, ECF No. 26, is granted;

6              3.    Plaintiff's complaint is dismissed with leave to amend; and

7              4.    Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  February 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE