**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ROBERT DAVID HANSON, | No.  2:19-CV-1373-WBS-DMC |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| THOMAS A. FERRARA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action pursuant to 42 U.S.C. § 1983.   On February 17, 2021 the Court directed Plaintiff to file a first amended complaint within 30 days.  <u>See</u> ECF No. 37.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 110.  More than 30 days have elapsed, and Plaintiff has not complied.  In light of Plaintiff's failure to file a first amended complaint as directed, the Court finds that dismissal of this action is appropriate.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     Based on the foregoing, the undersigned recommends that this action be dismissed,

2   without prejudice, for lack of prosecution and failure to comply with court rules and orders.

3     These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

5   after being served with these findings and recommendations, any party may file written

6   objections with the court.  Responses to objections shall be filed within 14 days after service of

7   objections.  Failure to file objections within the specified time may waive the right to appeal.  See

8   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9

10   Dated:  April 22, 2021

11

      DENNIS M. COTA
12    UNITED STATES MAGISTRATE JUDGE

2