# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID HANSON, | No. 2:19-CV-1373-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| THOMAS A. FERRARA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 22, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record. This court on February 1, 2021, granted defendants' motion to dismiss and gave plaintiff 30 days to file an amended complaint. Plaintiff has failed to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 22, 2021, are adopted in full;

2. Plaintiff's complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: June 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE